**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2104**

SONYA D. PETTAWAY,

                    Plaintiff - Appellant,

          v.

DEPARTMENT OF EDUCATION,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Henry E. Hudson, District Judge.  (3:13-cv-00241-HEH)

Submitted:  March 27, 2014          Decided:  March 31, 2014

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sonya D. Pettaway, Appellant Pro Se.  Dana James Boente, Acting United States Attorney, Alexandria, Virginia; Robert P. McIntosh, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sonya Pettaway appeals from the district court's orders upholding the bankruptcy court's determination that her student loan debt was not dischargeable in her bankruptcy case, and denying her motion to amend the record. We have reviewed the record and find no reversible error. Accordingly, we grant Pettaway's motion for leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Pettaway v. Dep't of Educ., No. 3:13-cv-00241-HEH (E.D. Va. Aug. 9, 2013; Oct. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED